UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-00457-HZ |
| v. | INDICTMENT |
| SEAN CASE MCGINLEY, | 18 U.S.C. § 844(e) |
| Defendant. | 18 U.S.C. § 1038(a)(1)(A) |

THE GRAND JURY CHARGES:

## COUNT 1
(Making Interstate Threats Involving Explosives)
(18 U.S.C. § 844(e))

On or about November 12, 2021, within the District of Oregon and elsewhere, defendant **SEAN CASE MCGINLEY**, through the use of a telephone, willfully made a threat and maliciously conveyed false information knowing the same to be false concerning an attempt or alleged attempt being made or to be made unlawfully to damage or destroy a building and the real or personal property of Newberg High School, by means of an explosive, in and affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Section 844(e).

///

///

**Indictment** Page 1
Revised April 2018

## COUNT 2
### (Conveying False Information and Hoaxes about Destructive Devices)
### (18 U.S.C. § 1038(a)(1)(A))

On or about November 12, 2021, within the District of Oregon and elsewhere, defendant **SEAN CASE MCGINLEY,** did intentionally convey false and misleading information, to-wit: a bomb threat to Newberg High School, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken, was taking, or would take place that would constitute a violation of Title 18, Chapter 113B, to-wit: the use, threatened use, or attempted use a weapon of mass destruction (a bomb) against any person or property within the United States where a facility in interstate or foreign commerce is used in the commission of the offense or the property or the results of the offense affects interstate commerce, in violation of the section 2332a;

All in violation of Title 18, United States Code, Section 1038(a)(1)(A).

## COUNT 3
### (Making Interstate Threats Involving Explosives)
### (18 U.S.C. § 844(e))

On or about November 12, 2021, within the District of Oregon and elsewhere, defendant **SEAN CASE MCGINLEY,** through the use of a telephone, willfully made a threat and maliciously conveyed false information knowing the same to be false concerning an attempt or alleged attempt being made or to be made unlawfully to damage or destroy a building and the real or personal property of Sherwood High School, by means of an explosive, in and affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Section 844(e).

///

## COUNT 4
## (Conveying False Information and Hoaxes about Destructive Devices)
## (18 U.S.C. § 1038(a)(1)(A))

On or about November 12, 2021, within the District of Oregon and elsewhere, defendant **SEAN CASE MCGINLEY,** did intentionally convey false and misleading information, to-wit: a bomb threat to Sherwood High School, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken, was taking, or would take place that would constitute a violation of Title 18, Chapter 113B, to-wit: the use, threatened use, or attempted or conspiracy to use a weapon of mass destruction (a bomb) against any person or property within the United States where a facility in interstate or foreign commerce is used in the commission of the offense or the property or the results of the offense affects interstate commerce, in violation of the section 2332a;

All in violation of Title 18, United States Code, Section 1038(a)(1)(A).

## COUNT 5
## (Making Interstate Threats Involving Explosives)
## (18 U.S.C. § 844(e))

On or about November 18, 2021, within the District of Oregon and elsewhere, defendant **SEAN CASE MCGINLEY,** through the use of a telephone, willfully made a threat and maliciously conveyed false information knowing the same to be false concerning an attempt or alleged attempt being made or to be made unlawfully to damage or destroy a building and the real or personal property of St. Paul High School, by means of an explosive, in and affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Section 844(e).

///

## COUNT 6
### (Conveying False Information and Hoaxes about Destructive Devices)
### (18 U.S.C. § 1038(a)(1)(A))

On or about November 18, 2021, within the District of Oregon and elsewhere, defendant **SEAN CASE MCGINLEY,** did intentionally convey false and misleading information, to-wit: a bomb threat to St. Paul High School, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken, was taking, or would take place that would constitute a violation of Title 18, Chapter 113B, to-wit: the use, threatened use, or attempted or conspiracy to use a weapon of mass destruction (a bomb) against any person or property within the United States where a facility in interstate or foreign commerce is used in the commission of the offense or the property or the results of the offense affects interstate commerce, in violation of the section 2332a;

All in violation of Title 18, United States Code, Section 1038(a)(1)(A).

## COUNT 7
### (Making Interstate Threats Involving Explosives)
### (18 U.S.C. § 844(e))

On or about November 23, 2021, within the District of Oregon and elsewhere, defendant **SEAN CASE MCGINLEY,** through the use of a telephone, willfully made a threat and maliciously conveyed false information knowing the same to be false concerning an attempt or alleged attempt being made or to be made unlawfully to damage or destroy a building and the real or personal property of Providence Sherwood Medical Plaza, by means of an explosive, in and affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Section 844(e).

///

## COUNT 8
### (Conveying False Information and Hoaxes about Destructive Devices)
### (18 U.S.C. § 1038(a)(1)(A))

On or about November 23, 2021, within the District of Oregon and elsewhere, defendant **SEAN CASE MCGINLEY,** did intentionally convey false and misleading information, to-wit: a bomb threat to Providence Sherwood Medical Plaza, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken, was taking, or would take place that would constitute a violation of Title 18, Chapter 113B, to-wit: the use, threatened use, or attempted or conspiracy to use a weapon of mass destruction (a bomb) against any person or property within the United States where a facility in interstate or foreign commerce is used in the commission of the offense or the property or the results of the offense affects interstate commerce, in violation of the section 2332a;

All in violation of Title 18, United States Code, Section 1038(a)(1)(A).

Dated: December 1st, 2021.  A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

SCOTT M. KERIN, OSB #965128
Assistant United States Attorney