Noel Grefenson, P.C.
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
Ngrefenson@aol.com

Attorney for Defendant Sean Case McGinley

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 3:21-CR-00457-HZ |
|---|---|
| Plaintiff, | MOTION TO DETERMINE COMPETENCY OF DEFENDANT |
| vs. | |
| SEAN CASE McGINLEY, | |
| Defendant | |

Pursuant to 18 U.S.C. §4241(a) and (b), counsel for Defendant, Sean Case McGinley, moves the Court to order a psychiatric or psychological evaluation of Mr. McGinley and hold a hearing to determine his mental competency.

For reasons described in a declaration with attached exhibits filed under seal by Mr. McGinley's counsel in support of this motion, there is reasonable cause to believe that Mr. McGinley presently suffers from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to assist properly in his defense.

Dated: August 10, 2022.

/s/ Noel Grefenson
Noel Grefenson, OSB No. 882168
Attorney for Defendant Sean Case McGinley

1 – MOTION TO DETERMINE COMPETENCY OF DEFENDANT

Noel Grefenson PC
Attorney at Law
1415 Liberty Street SE
Salem, Oregon 97302
(503) 371-1700
NGrefenson@aol.com